#3

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Prisoner Civil Cover Sheet

**FILED**
OCT - 2 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** CHERRON MARIE PHILLIPS     **Defendant(s):** WARDEN FCI WASECA, etc.

**County of Residence:** U.S.-Outside of Illinois     **County of Residence:**

**Plaintiff's Address:**

Cherron Marie Phillips
#45209-424
Waseca - FCI
P.O. Box 1731
Waseca, MN 56093

**Defendant's Attorney:**

1) AUSA
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, Illinois 60604

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[✓] 2. U.S. Government Defendant
[ ] 3. Federal Question (U.S. gov't. not a party)
[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:
Defendant:

1:18-cv-06697
Judge Edmond E. Chang
Magistrate Judge Mary M. Rowland
PC10

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus

**Cause of Action:** 28: 2241

**Jury Demand:** [ ] Yes   [✓] No

**Signature:** Kate Bal     **Date:** 10/2/2018