`Fdvh=#4=4;0fy0399<:#Grfxphqw#&#4#Ilohg#432524;#Sdjh##rq#4#SdjhLG#&4`

Cherron Marie Phillips
FCI Waseca Reg 45209-424
PO Box 1731
Waseca MN 56093

FILED
10/16/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
OCT -2
THOMAS G. BR
CLERK, U.S. DISTR

UNITED STATES DISTRICT COURT NORTHERN DISTRICT ILLINOIS

Cherron Marie Phillips
    Petitioner

v.

Warden FCI Waseca
    Respondent

1:18-cv-06697
Judge Edmond E. Chang
Magistrate Judge Mary M. Row
PC10

Writ of Habeas Corpus

Petition

    Petitioner Cherron Marie Phillips, hereinafter, petitioner submits her duly affirmed petition for Writ of Habeas Corpus as executed before the clerk who administers oaths for verification of all statements under penalty of perjury and to state why the writ should issue.

    The statutes of the United States declare that the Supreme Court and the district courts shall have power to issue writs of habeas corpus; that application for the writ shall be made to the court or justice or judge authorized to issue the same by complaint in writing, under oath, signed by the petitioner setting forth the facts concerning his detention, in whose custody he is and by virtue of what claim or authority, if known. The Court, or justice or judge "shall forthwith award a writ of habeas corpus, unless it appears from the petition itself that the party is not entitled thereto."

    Petitioner now affirms this application for writ of habeas corpus in the following terms:

    "Your petitioner, Cherron Marie Phillips represents and states to this honorable court that she is restrained of her liberty and is unlawfully imprisoned at Federal Correctional Institution, Waseca Minnesota by the Warden of said institution.

    "That cause of said restraint according to the best of the knowledge and belief of your petitioner is allegedly retaliating against a federal official by